1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7  GEORGE M. LANE,                          )        1:07-cv-00372-OWW-TAG HC
                                            )
8                                           )
                                            )        FINDINGS AND RECOMMENDATIONS TO
9                      Petitioner,          )        DISMISS PETITION FOR WRIT OF
                                            )        HABEAS CORPUS (Doc. 1)
10                                          )
         v.                                 )        ORDER DIRECTING THAT OBJECTIONS
11                                          )        BE FILED WITHIN FIFTEEN DAYS
     WARDEN, SIERRA CONSERVATION            )
12   CENTER,                                )
                                            )
13                     Respondent.          )
     _____)

14

15        Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ

16   of habeas corpus pursuant to 28 U.S.C. § 2254.

17                                        DISCUSSION

18        On March 7, 2007, Petitioner filed the instant habeas petition.  (Doc. 1).  On January 8, 2008,

19   the Court issued an order requiring Petitioner to amend his petition within thirty days of the date of

20   service of the order to amend.  (Doc. 6).   To date, more than thirty days has passed; however,

21   Petitioner has failed to comply with or otherwise respond to the Court's order.

22        In determining whether to dismiss an action for lack of prosecution, the Court must consider

23   several factors: (1) the public's interest in expeditious resolution of litigation; (2) the Court's need to

24   manage its docket; (3) the risk of prejudice to respondents; (4) the public policy favoring disposition

25   of cases on their merits; and, (5) the availability of less drastic alternatives.  Henderson v. Duncan,

26   779 F.2d 1421, 1423 (9th Cir. 1986); Carey v. King, 856 F.2d 1439 (9th Cir. 1988).

27        The Court finds that the public's interest in expeditiously resolving this litigation and the

28   Court's interest in managing the docket weigh in favor of dismissal, as this case has been pending

1

1  since March 7, 2007.  The third factor, risk of prejudice to Respondent, also weighs in favor of

2  dismissal, since a presumption of injury arises from the occurrence of unreasonable delay in

3  prosecuting an action.  Anderson v. Air West, Inc., 542 F.2d 522, 524 (9th Cir. 1976).  The fourth

4  factor -- public policy favoring disposition of cases on their merits -- is greatly outweighed by the

5  factors in favor of dismissal discussed herein.  Finally, a court's warning to a party that failure to

6  obey the court's order will result in dismissal satisfies the "consideration of alternatives"

7  requirement.  Ferdik v. Bonzelet, 963 F.2d 1258, 1262 (9th Cir. 1992); Malone v. U.S. Postal

8  Service, 833 F.2d 128, 132-133 (9th Cir. 1987); Henderson, 779 F.2d at 1424.  The Court's order of

9  January 8, 2008, expressly stated: "Petitioner's failure to file an amended petition in a timely fashion

10  will result in Findings and Recommendations recommending that the petition be dismissed."  (Doc.

11  6, p. 7).  Thus, Petitioner had adequate warning that dismissal would result from his noncompliance

12  with the Court's order.

13       Moreover, the instant petition is a second or successive petition.  A prisoner seeking to file a

14  second or successive 28 U.S.C. § 2254 habeas petition must first obtain authorization to do so from

15  the appropriate court of appeals.  28 U.S.C. § 2244(b)(3)(A); see Felker v. Turpin, 518 U.S. 651,

16  656-657, 116 S. Ct. 2333 (1996).  A district court lacks jurisdiction to entertain a second or

17  successive petition  where the petitioner has failed to obtain the requisite permission to file it.  See

18  Burton v. Stewart, 549 U.S. ----, 127 S. Ct. 793, 799 (2007); Dews v. Curry, 2008 WL 590476, at * 3

19  (E.D. Cal. Feb. 29, 2008).  The Court takes judicial notice of its own records and files,[1] which reflect

20  that on August 14, 2002 Petitioner filed a 28 U.S.C. § 2254 habeas petition challenging the same

21  conviction and sentence as in the instant case, in the matter of George Michael Lane v. Matthew

22  Kramer, United States District Court, Eastern District of California case number 1:02-cv-6036 DLB.

23  On April 11, 2003, the prior petition was dismissed as untimely.  (Docs. 1, 21, 22 in case no. 1:02-

24  cv-6036 DLB).  On May 17, 2007, the Ninth Circuit denied Petitioner's request to file a second or

25  successive petition, in the instant case.  (Doc. 5 in case no. 1:07-cv-00372 OWW TAG).  Thus, the

26  petition should be dismissed in any event.

27  ///

28

[1] Fed.R. Evid. 201(b)(2).

2

1

<u>RECOMMENDATIONS</u>

2         Accordingly, the Court HEREBY RECOMMENDS that the petition for writ of habeas

3 corpus (Doc. 1),  be DISMISSED.

4         These Findings and Recommendations are submitted to the United States District Court

5 Judge assigned to the case pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 72-304

6 of the Local Rules of Practice for the United States District Court, Eastern District of California.

7 Within fifteen (15) days after being served with a copy, any party may file written objections with

8 the Court and serve a copy on all parties.  Such a document should be captioned "Objections to

9 Magistrate Judge's Findings and Recommendations."  The District Judge will then review the

10 Magistrate Judge's ruling pursuant to 28 U.S.C. § 636 (b)(1)(C).  The parties are advised that failure

11 to file objections within the specified time may waive the right to appeal the District Judge's order.

12 <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

13

14 IT IS SO ORDERED.

15 Dated:  **April 10, 2008**                                          **/s/ Theresa A. Goldner**
                                                                                      UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28